Hillsborough, } No. 3628.
Dec. 23, 1946.

JAMES POULICAKOS *v.* KATINA POULICAKOS.

234

*Nicholas J. Costakis,* for the libelant.

*A. Nicholas Soufras* and *Solomon Baker* (of Massachusetts), for the libelee.

MARBLE, C. J. On the pleadings as they now stand, the ruling of the Presiding Justice is technically correct, for the libelant alleges the requisite period of residence in New Hampshire (R. L., c. 339, s. 6, cl. IX), and where the cause of divorce "consists of a course of conduct continued during a prescribed period of time, as in the case of desertion, or abandonment, it is not material to the jurisdiction, when or where they commence to exist." *Payson* v. *Payson*, 34 N. H. 518, 521.

However, the validity of the Massachusetts decree does not appear to be questioned, nor is there any suggestion that subsequent events have created a new legal situation or altered "the legal rights or relations of the litigants" (see Anno. 138 A. L. R. 346, 360). That being so, the libelee, on filing an appropriate plea, will be entitled to a dismissal of the libel. The issues involved in the suit for separate support in Massachusetts and the divorce case in this jurisdiction are practically the same, and, under the full faith and credit clause of the Federal Constitution (*art.* IV, s. 1), the libelant is barred from asserting that the separation was due to the libelee's fault. *Harding* v. *Harding*, 198 U. S. 317. See *Taylor* v. *Taylor*, 72 N. H. 597; Anno. 138 A. L. R. 346, 375-380.

*Case discharged.*

All concurred.

----

MEMORANDUM.

Mr. Chief Justice Marble, having attained the age of seventy years on December 24, 1946, retired under the constitutional limitation.

----

On October 17, 1946, Mr. Justice Branch was appointed Chief Justice of this court, his term beginning December 24, 1946.

----

On October 17, 1946, Mr. Laurence I. Duncan, Associate Justice of the Superior Court, was appointed an Associate Justice of this court, his term beginning December 24, 1946.